PROB. 12
(Rev. 3/88)

UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 SEP -9 PM 3: 11

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
MEMPHIS

U.S.A. vs. Gregory D. Terry    Docket No. 2:02CR20248-01

Petition on Probation and Supervised Release

**COMES NOW** Brenda L. Carpten, **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of Gregory D. Terry who was placed on supervision by the Honorable Jon Phipps McCalla sitting in the Court at Memphis, TN, on the 17th day of January, 2003, who fixed the period of supervision at 5 years* and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall pay restitution in the amount of $27,081.57   (Balance: $26,006.57)
2. The defendant shall submit to substance abuse treatment if deemed necessary.
3. The defendant shall submit to mental health counseling if deemed necessary.
4. The defendant shall not obtain employment at a federally insured business.

* Supervised Release commenced on January 18, 2003.

**FULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Gregory D. Terry fits the criteria for early termination recommended by the Judicial Conference Committee on Criminal Law. He has made progressive strides toward achieving supervision objectives and appears to pose no risk to public safety. Mr. Terry has made a good faith effort to satisfy restitution, however, he has an outstanding balance of $26,006.57. Mr. Terry made payments ranging from $20.00 - $100.00 on a consistent basis, totaling $1,175.00. This officer spoke with Assistant U.S. Attorney Carroll Andre, who takes no position regarding this recommendation.

**PRAYING THAT THE COURT WILL ORDER** Gregory D. Terry be discharged from supervision with the understanding that the U.S. Attorney's Office will be responsible for the continued collection of restitution.

**ORDER OF COURT**

Considered and ordered this 9 day of Sept, 20 05, and ordered filed and made a part of the records in the above case.

_____
United States District Judge

**Respectfully,**

Brenda L. Carpten
United States Probation Officer

**Place:** Memphis, Tennessee

**Date:** September 6, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-9-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:02-CR-20248 was distributed by fax, mail, or direct printing on September 9, 2005 to the parties listed.

---

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT